AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.  2:25-MJ-147 |
| | ) | |
| Chase A. Fain | ) | |
| | ) | |

*Defendant(s)*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**SEP – 8 2025**

CLERK. U.S. DISTRICT COURT

By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 5, 2025_____ in the county of _____Potter_____ in the _____Northern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute 500 Grams or More of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Hoffman, DEA TFO
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __9/8/25__

_____
*Judge's signature*

City and state: _____Amarillo, Texas_____

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:25-MJ-147

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jeremy C. Hoffman, being duly sworn, depose and state:

1.      I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for about twenty- four (24) years with the Randall County Sheriff's Office. As part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking, dealing and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

2.      This affidavit is made in support of a complaint and arrest warrant for Chase FAIN. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3.      During an investigation, agents were made aware of Chase FAIN being a poly-drug trafficker. On September 5, 2025, agents learned that FAIN was in Amarillo, TX. Agents of the Amarillo Police Department PACE unit and Amarillo DEA Resident Office located FAIN's vehicle, a black Harley Davidson motorcycle bearing Texas Tag 107N9R, at a residence 1508 S. Ong Amarillo, TX. Surveillance was established on FAIN.

4.      FAIN left the residence and mobile surveillance was continued. Officer observed FAIN committed a traffic offense, fail to signal lane change. APD marked units followed FAIN until he stopped at a residence and then made contact for the traffic violation. FAIN was arrested for not having a motorcycle endorsement on his Texas driver's license while operating a motorcycle. During a search incident to arrest, officers located three clear plastic baggies of white crystalline substance, which later field tested positive for the presence of methamphetamine, in a backpack FAIN was wearing. The packages had a gross weight of 5.5 pounds. Officers also located a large amount of U.S. currency (USC) in FAIN's pocket and a handgun in the backpack. This quantity of methamphetamine is consistent with distribution, as opposed to someone's personal use. FAIN is a convicted felon and is prohibited from possessing firearms.

**Page 1 of 2**

4. Amarillo Police Department Ofc. Randy Mincher and TFO Jeremy Hoffman interviewed FAIN after reading him his *Miranda* warnings. FAIN made incriminating statements during the interview.  FAIN stated that he picked up 10 pounds of methamphetmaine the previous night.  FAIN stated that he carries the gun around for protection because he has been shot at before. FAIN also stated he received the methamphetmaine from a source in Mexico. The interview was concluded.

_____
Jeremy Hoffman
DEA Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

September 8, 2025 _____ at ___ Amarillo, Texas _____
Date                                              City and State

Lee Ann Reno, U.S. Magistrate Judge          _____
Name and Title of Judicial Officer              Signature of Judicial Officer

_____
Anna Marie Bell
Assistant United States Attorney

Page **2** of **2**